PERLEY MORSE et al., Copartners, under the Firm Name of PERLEY MORSE & COMPANY, Respondents, *v.* WORLD MUTUAL AUTOMOBILE CASUALTY INSURANCE COMPANY, INC., Appellant.

*Contract — services — action to recover for services alleged to have been rendered — defense that charges were unreasonable.*

*Morse* v. *World Mutual Automobile Casualty Ins. Co., Inc.,* 213 App. Div. 830, affirmed.

(Argued May 13, 1926; decided June 1, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 13, 1925, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict. The action was brought to recover a sum alleged by the plaintiffs to be a balance due as the agreed and reasonable value of work and professional services rendered by the plaintiffs as certified public accountants, between January 6, 1923, and August 7, 1923, for the defendant, an insurance corporation organized and existing under the laws of the State of New York. The answer denied the indebtedness and for a separate and distinct defense alleged that plaintiffs represented and warranted to the defendant that they were experts in insurance accounting and that they could do defendant's work with dispatch; that defendant in reliance upon the said representation and warranties employed plaintiffs to do the work but that the work was performed by plaintiffs improperly, tardily, recklessly and carelessly and that plaintiffs had in fact no knowledge of the principles of insurance accounting and that, therefore, the charges made by plaintiffs for the work performed were unjust and unreasonable.

*Alfred C. Bennett* and *Clarence C. Fowler* for appellant.

*Spotswood D. Bowers, Joseph W. Kirkpatrick* and *Stewart W. Bowers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.